IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:08-CR-38(4)

JEFFREY ELLISON,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S SENTENCE; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On August 21, 2019, the Defendant, having previously been found in violation of his supervised release, a status that began June 15, 2018, appeared in open court for final disposition.

Pursuant to the record made in open court on the aforesaid August 21, 2019, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 6 months, with all allowable pre-sentence jail-time credit from August 6, 2019. There will be no period of supervised release to follow the serving of the aforesaid sentence.

Defendant has asked for a recalculation of allowable pre-sentence jail time, and the Court has done so. With that in mind, the Court computes his release date as December 20, 2019.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The Defendant was orally explained his right of appeal by the Court and he indicated an understanding of same.

The captioned cause is ordered terminated on the docket of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

December 19, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:  Jeffrey McQuiston, Esq.
Brent G. Tabacchi, Esq.
Marshal's Service
Montgomery County Jail
Melissa Stidham, U.S. Probation Officer

Counsel of Record